JOHN DEILS, JR. *v.* G. A. BROWN.

[Abstract Kentucky Law Reporter, Vol. 2—214.]

**Bill of Exceptions.**

When the judge who presided at the trial also presides when the motion for a new trial was passed upon, a bill of exceptions can not be legally certified by bystanders. This can only be done where the judge does not preside when the motion is disposed of.

APPEAL FROM PIKE CIRCUIT COURT.

February 3, 1881.

OPINION BY JUDGE HARGIS:

The appellee objects to the bill of exceptions of what occurred on the first trial, when the verdict was adverse to him, but a new trial was awarded of which the appellant complains, on the ground that the bill is certified by two bystanders.

Buckner and Bullitt's Civ. Code (1876) § 337, Subsec. 5, is in this language: "If the judge who presided at the trial do not preside when a motion for a new trial is overruled, the bill of exceptions may be certified by bystanders, and be controverted and maintained, pursuant to the provisions of subsections 3 and 4 of this section."

When the motion for a new trial was sustained, the judge, who presided at the trial, did preside, and as the case authorizes the bill of exceptions to be certified by bystanders only where the judge does not preside when the motion for a new trial is disposed of, the bill of exceptions in this case is without legal sanction.

Wherefore the judgment is *affirmed*.

*James M. York, A. J. Auxien, for appellant.*

*G. A. Brown, for appellee.*